IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD SAMUELS,　　　　　　　　　　No. CIV-S-00-2535 MCE/GGH P

　　　　Petitioner,

　　v.　　　　　　　　　　　　　　　　<u>ORDER</u>

ANTHONY C. NEWLAND,

　　　　Respondents.
_____/

　　On December 14, 2004, the Ninth Circuit Court of Appeals reversed and remanded the December 20, 2002, judgment of this court, wherein petitioner's application for a writ of habeas corpus had been denied.  The Ninth Circuit directed this court to grant the petition.

///
///
///
///
///

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner be
2 released from custody unless, within sixty (60) days from the
3 date of this order, the state determines that petitioner is to be
4 retried and so informs this court.
5 DATED: April 19, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2