IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD SAMUELS,                           No. CIV-S-00-2535 MCE/GGH P

        Petitioner,

   v.                                          ORDER

ANTHONY C. NEWLAND,

        Respondents.
_____/

    On December 14, 2004, the Ninth Circuit Court of Appeals reversed and remanded the December 20, 2002, judgment of this court, wherein petitioner's application for a writ of habeas corpus had been denied.  The Ninth Circuit directed this court to grant the petition.

    On April 20, 2005, the court ordered that petitioner be released from custody unless, within sixty days, the state determined that petitioner was to be retried and so informed the court.  Sixty days passed and respondent did not respond to the April 20, 2005, order.

1

On June 27, 2005, petitioner filed pleadings indicating that he is still in custody.

Accordingly, IT IS HEREBY ORDERED that within fifteen days of the date of this order respondent shall show cause for his failure to comply with the April 20, 2005, order.

DATED: July 15, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2