UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

REGINALD HARRISON SAMUELS, JR.,

        Petitioner,

   v.

ANTHONY C. NEWLAND, Warden, et al.,

        Respondents.

NO. CIV. S 00-2535 MCE/GGH P

ORDER

----oo0oo----

The Court has received and reviewed Petitioner's August 24, 2005 Request for an order shortening time for the hearing on his Motion for Immediate Release. Counsel for Petitioner has represented to the Court that counsel for Respondents have agreed to a shortened schedule for hearing that motion. Given that agreement, and good cause appearing therefor, Petitioner's request for an order shortening time is GRANTED. Petitioner's Motion for Immediate Release (also filed on August 24, 2005) is set for hearing on Monday, September 12, 2005 at 9:00 a.m. in

1

1 Courtroom #3.  Opposition to said motion, if any, must be filed
2 by Respondents not later than Monday, September 5, 2005 at 4:00
3 p.m.  Petitioner's deadline for submitting any reply thereto is
4 Wednesday, September 7, 2005 at 4:00 p.m.
5     IT IS SO ORDERED.

7 DATED: August 31, 2005

                                  MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE